UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL PRETRIAL MINUTES
VAUGHN R. WALKER
United States District Chief Judge

Date:  August 9, 2005

Case No.  CR-05-0491-01  VRW    USA v.  SEMYON NEYS (IC)
Attorneys:                      Anjali Chaturvedi   Scott Sugarman

Case No.  CR-05-0491-06  VRW    USA v.  ANTHONY NGUYEN (IC)
Attorneys:                      Anjali Chaturvedi   J. David Nick

Case No.  CR-05-0491-03  VRW    USA v.  JENA DAVIS  (b) (Present)
Attorneys:                      Anjali Chaturvedi   Garrick Lew

Case No.  CR-05-0491-13  VRW    USA v.  NEIL PAUL SANDERS (b) (Present)
Attorneys:                      Anjali Chaturvedi   Daniel Byrne for Alex Reisman

Case No.  CR-05-0491-07  VRW    USA v.  ILYA  TUCHINSKY (b)(Present)
Attorneys:                      Anjali Chaturvedi   Josh Cohen

Case No.  CR-05-0491-10  VRW    USA v.  AARON M DE LA ROSA (IC)
Attorneys:                      Anjali Chaturvedi   Phil Vaughns

Case No.  CR-05-0491-05  VRW    USA v.   JASON TANG  (IC)
Attorneys:                      Anjali Chaturvedi   Shari Greenberger, Zara Zalkin

Case No.  CR-05-0491-14  VRW    USA v.  OLEG GLADSHTEYN  (IC)
Attorneys:                      Anjali Chaturvedi   Anthony Gibbs

Case No.  CR-05-0491-08  VRW    USA v.  CHRISTOPHER CALDER  (IC)
Attorneys:                      Anjali Chaturvedi   Harris Tayback

Deputy Clerk:   Cora Delfin            Reporter:  Juanita Gonzalez
                                       Interpreter:

PROCEEDINGS

REASON FOR HEARING:   Initial Appearance/Status - held


Case continued to:   10/18/2005 @10:30 a.m.         for  Status/Date Setting

EXCLUDABLE DELAY (Category)   Case complex, effective preparation of counsel
          Begins: 8/9/05            Ends:10/18/05

RESULT OF HEARING:   The government informed the court that this case involved a wiretap on two different phone lines spanning almost three months. The government to produce the tapes to the defendant no later than Friday, August 12, 05. The defendants agree to exclude time from the speedy trial act finding the case complex and for effective preparation of counsel, govt to prepare the order for time exclusion.