# LAW OFFICES OF ANTHONY W. GIBBS

655 MIDDLEFIELD ROAD
REDWOOD CITY, CALIFORNIA 94063
TELEPHONE (650) 367-7500
FACSIMILE (650) 367-1700
E-MAIL: gibbslaw@sbcglobal.net

FILED
2005 OCT -6 PM 4:52
RICHARD W. ...
U.S. ...

October 6, 2005

<u>VIA FACSIMILE - 415-522-3605</u>

Attn: Mr. Hom - Deputy Clerk
Magistrate Judge Larson
Northern District Federal Court
San Francisco, CA

Re:   U.S.A. vs. Neys, et al.
      USDC Court No. CR-05-00491 (VRW)

Dear Mr. Hom:

This will confirm our telephone conversation of this morning in which I requested a detention hearing be set for defendant Oleg Gladshteyn in the above matter. You indicated it would be set before Magistrate Larson on **10-11-05 at 9:30 a.m.**

In this matter we previously appeared before Magistrate Zimmerman. No hearing was held pending the AUSA providing me with information needed to properly present the facts. Magistrate Zimmerman instructed counsel that when we had completed th exchange of information, I should calendar the matter before the duty Magistrate.

A Pretrial Services Report has been prepared. By copy of this letter to them, I am requesting that they bring the report to the hearing. Mr. Gladshteyn is currently in the custody of the U.S. Marshall. I request that you ask the Marshall to bring defendant Oleg Gladshetyn to the 10/11 hearing.

Thank you very much for your assistance and attention to this matter.

Very truly yours,

Anthony W. Gibbs

AWG/kj
cc: Laurel Beeler, AUSA
    Pretrial Services
    Leon Gladshteyn