ANTHONY W. GIBBS, ESQ. – SB#047880
LAW OFFICES OF ANTHONY W. GIBBS
655 Middlefield Road
Redwood City, CA 94063
Tel: 650-367-7500
Fax: 650-367-1700

Attorney for Defendant
OLEG GLADSHTEYN



FILED
Oct 18 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEMYON NEYS, et al.,<br><br>Defendants.<br>_____/ | NO. CR 05-00491 (VRW)<br><br>ORDER ALLOWING TRAVEL OF DEFENDANT OLEG GLADSHTEYN |

Defendant Oleg Gladshteyn requests an order from this court for him to travel by car on Friday, October 21, 2005 to go to Pismo Beach in the County of San Luis Obispo and return to San Francisco on Sunday, October 23, 2005. This trip is for the purpose of a trade show that is connected with defendant Gladshteyn's business.

Pretrial Services Officer, Victoria Gibson, has indicated to defendant that she has no objection to this travel subject to the Court's approval.

IT IS HEREBY ORDERED:

**COPIES FAXED TO COUNSEL OF RECORD**

Oleg Gladshteyn may travel out of the City and County of San Francisco to the County of San Luis Obispo for the purpose of attending a trade show connected with his business from October 21 through October 23, 2005.

DATED: __18 OCT 2005__

HON. VAUGHN R. WALKER
JUDGE OF THE U.S. DISTRICT COURT