UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | No.: CR 05 00491 VRW |
| Plaintiff, ) | | |
| v. ) | | REQUEST, STIPULATION AND ORDER |
| OLEG GLADSHTEYN, ) | | |
| Defendants. ) | | |

The parties request that the next calling of the case now set for January 31, 2006 at 10:30 a.m. be vacated and reset for March 14, 2006 at 10:30 a.m. for purposes of further status. This request is made because discovery necessary to further preparation and evaluation of the case by counsel has not yet been received. This discovery concerns transcripts of conversations intercepted by Court approved wiretap applications. The government has previously estimated approximately 30,000 conversations were intercepted and 8,000 of those are deemed pertinent. In turn, approximately one third of those conversations are in the Russian language. To determine the necessary motions and/or evaluate the evidence concerning each defendant, transcripts of these conversations must be received. The translation and transcription of the calls has been finished, and the United States has just provided the CD with the transcripts to the discovery coordinator. To complete this disclosure and to provide for some review of the transcripts, the parties jointly request that the status conference now set for January 31, 2006 be

REQUEST, STIPULATION AND ORDER
(CR 05 00491 VRW)

1 | reset for March 14, 2006.

2 | The parties further stipulate that the time between January 31, 2006 and March 14, 2006
3 | shall be excluded pursuant to 18 U.S.C. section 3161(b) and 18 U.S.C. § 3161(h)(8)(B)(iv) and
4 | agree that failure to grant a continuance would deny defense counsel the reasonable time
5 | necessary for effective preparation, taking into account the exercise of due diligence. The parties
6 | also agree, that the ends of justice are served by excluding the period from January 31, 2006
7 | through March 14, 2006 and that these interests outweigh the interest of the public and the
8 | defendant in a Speedy Trial within the meaning of 18 U.S.C. section 3161(h)(A).
9 | STIPULATED:

10 |
    /s/
11 | LAUREL BEELER
Assistant United States Attorney
12 |
    /s/
13 | ANTHONY GIBBS
Attorney for Oleg Gladshteyn
14 |

15 | ORDER

16 | With the agreement of the parties, the Court enters this order (a) setting the next hearing date
17 | on March 14, 2006, at 10:30 a.m., and (b) excluding time under the Speedy Trial Act, 18 U.S.C.
18 | § 3161(b), from January 31, 2006 to March 14, 2006. More specifically:
19 | 1. This case is a multi-defendant wiretap case that involves approximately 30,000
20 | intercepted calls and 8,000 pertinent calls. About one-third of the pertinent calls are in Russian.
21 | Time has been excluded from the speedy trial clock through January 31, 2006. Discovery is
22 | voluminous, and it still is being produced. Some has been provided to counsel; however, none of
23 | the transcripts from the court-ordered interception have yet been received which are necessary to
24 | the effective preparation of counsel. The Russian language transcripts have just been turned
25 | over to the discovery coordinator as of January 17, 2006, and the English language transcripts
26 | are still being prepared.
27 | 2. Based on the amount of discovery to be provided and reviewed, all defense counsel
28 | (including those in a separate order for the other defendants filed with the Court) asked the Court

1  to set the next status date for March 14, 2006 and to exclude time until then under the Speedy
2  Trial Act.  The parties agree, and the Court finds and holds, that a failure to grant a continuance
3  would unreasonably deny defense counsel the reasonable time for effective preparation, given
4  the exercise of due diligence and given the need to review the existing discovery and obtain and
5  review the rest of the discovery.  <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agree, and
6  the Court finds and holds, that the ends of justice served by excluding the period from January
7  31, 2006 though March 14, 2006, outweigh the best interest of the public and the defendant in
8  the rights set forth under the Speedy Trial Act.  <u>See</u> <u>id.</u> § 3161(h)(A).
9     3.  Accordingly, the Court (1) sets a new hearing date of March 14, 2006, at 10:30 a.m., and
10 (2) orders that the period from January 31, 2006 and March 14, 2006 be excluded from Speedy
11 Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B) (i) & (iv).
12 IT IS SO ORDERED.

14 DATED: January 30, 2006



REQUEST, STIPULATION AND ORDER
(CR 05 00491 VRW)                        3