ANTHONY W. GIBBS, ESQ. – SB#047880
LAW OFFICES OF ANTHONY W. GIBBS
655 Middlefield Road
Redwood City, CA  94063
Tel:  650-367-7500
Fax:  650-367-1700

Attorney for Defendant
OLEG GLADSHTEYN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 05 00491 VRW |
| Plaintiff, | ) | ORDER ALLOWING TRAVEL |
| v. | ) | |
| OLEG GLADSHTEYN, | ) | |
| Defendant. | ) | |

Defendant Oleg Gladshteyn requests an Order from this Court for him to travel via United Airlines on February 17, 2006 to go to Indianapolis, Indiana and return to San Francisco on February 20, 2006.

Pretrial Services has indicated to the defendant Mr. Gladshteyn that they have no objection to this travel subject to the Court's approval.  Also the Assistant United States Attorney, Laurel Beeler, has no objection to Mr. Gladshteyn traveling to Indiana.

STIPULATED:


     /s/
LAUREL BEELER
Assistant United States Attorney

     /s/
ANTHONY GIBBS
Attorney for Oleg Gladshteyn

ORDER (CR 05 00491 VRW)

1   Oleg Gladshteyn may travel out of the City and County of San Francisco to
2   Indianapolis, Indiana from February 17, 2006 through February 20, 2006.   He shall provide a
3   copy of his itinerary to Pretrial Services before he travels.

5   IT IS SO ORDERED.

7   DATED: February 7, 2006

    VAUGHN R WALKER
    United States District Judge