UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 05 00491 VRW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ~~[PROPOSED]~~ ORDER |
| ) | |
| SEMYON NEYS, ) | |
| YEVGENY FRIDMAN, ) | |
| JENA DAVIS, ) | |
| URIEL SOTOMAYOR, ) | |
| JASON TANG, ) | |
| ANTHONY NGUYEN, ) | |
| ILYA TUCHINSKY, ) | |
| CHRISTOPHER LEE CALDER, ) | |
| PAUL ANCAJIMA, ) | |
| AARON DELAROSA, ) | |
| CHARLES MOORE, and ) | |
| JESUS POMPERADA BASCO, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

　　　With the agreement of the parties in open court on May 16, 2006, the Court enters this order (a) setting a new hearing date for June 20, 2006 at 10:30 a.m. and (c) excluding time under the Speedy Trial Act from May 16, 2006 to June 20, 2006.

　　　1. This is a complex case involving approximately 30,000 intercepted conversations and 8000 pertinent calls, many of which are in Russian. Transcripts and translations of all the Russian calls have been disclosed in discovery, and the defense is in the process of reviewing them and other discovery to determine what motions might be filed. In addition, Cantonese

ORDER (Proposed)
(CR 05 00491 VRW)

1 transcripts are about to be disclosed, and English language transcripts are being prepared.
2 Transcripts from consensually-monitered recordings with a cooperating informant have been
3 prepared and produced.   Defense counsel's review of this discovery is ongoing and time-
4 consuming.  Also, counsel have been discussing various motions, including challenges to the
5 wiretap affidavit based on necessity and particularity.  Other motions have been discussed,
6 including motions regarding further discovery of drafts of reports, issues about sealing, and
7 possible Franks challenges.  The defense also is investigating issues about taped calls,
8 informants, and other challenges.  The parties are discussing these motions, and whether a pre-
9 motions resolution of the case is possible.

10     2.   The parties agree, and the Court finds and holds, that the time from May 16, 2006, to
11 June 20, 2006 should be excluded under the Speedy Trial clock.  Failure to grant a continuance
12 would deny defense counsel the reasonable time necessary for effective preparation, taking into
13 account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

14     3.  Defense counsel also have different case conflicts, which provide a further basis for
15 excluding time under the Speedy Trial Clock.  The parties agree, and the Court finds and holds,
16 that failure to grant a continuance from May 16, 2006 to June 20, 2006 would unreasonably deny
17 these defendants continuity of counsel.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

18     4.  The parties also agree, and the Court finds and holds, that the ends of justice served by
19 excluding time from May 16, 2006, to June 20, 2006, outweigh the interest of the public and the
20 defendant in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(A).

21     5.  Accordingly, the Court (a) sets a new hearing date of June 20, 2006, at 10:30 a.m., and (2)
22 orders that the period from May 16, 2006, to June 20, 2006, be excluded from Speedy Trial Act
23 calculations under 18 U.S.C. § 3161(h)(8)(A) & (B) (i) & (iv).

24 IT IS SO ORDERED.
25 DATED:_____                    _____
26                                             VAUGHN R. WALKER
                                                United States District Judge
27 STIPULATED:
28 _____/s_____
   LAUREL BEELER

ORDER (Proposed)
(CR 05 00491 VRW)

1 | Assistant United States Attorney

2 | /s/  
SCOTT SUGARMAN  
3 | Attorney for Semyon Neys

/s/  
STEVEN GRUEL  
Attorney for Yevgeny Fridman

4 | /s/  
GARRICK LEW  
5 | Attorney for Jena Davis

/s/  
FRANK MCCABE  
Attorney for Uriel Sotomayor

6 | /s/  
SHARI L. GREENBERGER  
7 | Attorney for Jason Tang

/s/  
J. DAVID NICK  
Atttorney for Anthony Nguyen

8 | /s/  
HARRIS TABACK  
9 | Attorney for Christopher Calder

/s/  
ANN C. MOORMAN  
Attorney for Paul Ancajima

10 | /s/  
J. PHILLIP VAUGHNS  
11 | Attorney for Aaron Delarosa

/s/  
JAMES GILLER  
Attorney for Charles Moore

12 | /s/  
SHANA KEATING  
13 | Attorney for Jesus Basco

ORDER (Proposed)  
(CR 05 00491 VRW)

3