AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☒ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*[FILED stamp: MAY 26 PH 3:05, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, N. DIST. OF CALIFORNIA]*

## OFFENSE CHARGED

18 USC 1952(a)(3) - Interstate transportation in aid of racketeering

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
5 Years;
$250,000 fine;
3 years supervised release;
$100 special assessment

**DEFENDANT - U.S.**

▶ OLEG GLADSHTEYN

**DISTRICT COURT NUMBER**

CR 05-491-VRW

## PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**

FBI agent SA Joe Yum (415) 553-7400

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
  **SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶
  **MAGISTRATE CASE NO.**

**Name and Office of Person Furnishing Information on THIS FORM**   KEVIN V. RYAN
  ☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**   LAUREL BEELER

## DEFENDANT

### IS NOT IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges }  ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

KEVIN V. RYAN (CSBN 118321)
United States Attorney

FILED
06 MAY 26 PM 3: 06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 05 00491 VRW |
|---|---|
| Plaintiff, | ) VIOLATION: 18 U.S.C. § 1952(a)(3) – Interstate Transportation in Aid of Racketeering |
| v. | ) |
| OLEG GLADSHTEYN, | ) |
| Defendant. | ) SAN FRANCISCO VENUE |

## SUPERSEDING INFORMATION

The United States Attorney charges:

On or about May 22, 2005, in the Northern District of California, the defendant

OLEG GLADSHTEYN

did knowingly use a facility in interstate commerce, with the intent to promote, carry on, and facilitate the promotion and carrying on of an unlawful activity, as defined in Title 18, United States Code, Section 1952(b), and thereafter, performed and attempted to perform this same unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(3).

DATED:                              KEVIN V. RYAN
                                    United States Attorney

                                    _____
                                    EUMI L. CHOI
                                    Chief, Criminal Division

(Approved as to form: _____)
                      AUSA Beeler

SUPERSEDING INFORMATION
(CR 05 00491 VRW)