AO 455 (Rev. 12/03) Waiver of Indictment

# United States District Court

__Northern__ DISTRICT OF __California__

UNITED STATES OF AMERICA
V.
OLEG GLADSHTEYN

**WAIVER OF INDICTMENT**

CASE NUMBER: CR05-0491 VRW

I, __Oleg Gladshteyn__, the above named defendant, who is accused of

**FILED**
MAY 30 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __May 30, 2006__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_O. Gladshteyn_
_____
Defendant

_____
Counsel for Defendant

Before _____
Judge