ANTHONY W. GIBBS, ESQ. – SB#047880
LAW OFFICES OF ANTHONY W. GIBBS
655 Middlefield Road
Redwood City, CA  94063
Tel:  650-367-7500
Fax:  650-367-1700


Attorney for Defendant
OLEG GLADSHTEYN


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR 05-00491 (VRW) |
| Plaintiff, | ORDER ALLOWING TRAVEL OF DEFENDANT OLEG GLADSHTEYN |
| vs. | |
| SEMYON NEYS, et al., | |
| Defendants. _____/ | |

　　　　Defendant Oleg Gladshteyn requests an order from this court for him to travel by air via United Airlines on 10/12/06 to go to New York City (JFK) and return to San Francisco (SFO) on 10/15/06.  This trip is for the purpose of a trade show that is connected with defendant Gladshteyn's business.

　　　　Pretrial Services Officer, Victoria Gibson, has indicated to defendant that she has no objection to this travel subject to the Court's approval.

　　　　IT IS HEREBY ORDERED:

　　　　Oleg Gladshteyn may travel out of the City and County of San Francisco to

New York City for the purpose of attending a trade show connected with his business from 10/12/06 to ~~12/15/06~~ 10/15/06

DATED:  October 25, 2006



HON. ~~VAUGHN~~ R. WALKER
JUDGE OF THE U.S. DISTRICT COURT