KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6765
    Facsimile: (415) 436-7234
    Email: laurel.beeler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 05 00491 VRW |
| Plaintiff, | |
| v. | STIPULATION AND ORDER (~~PROPOSED~~) |
| OLEG GLADSHTEYN, | |
| Defendant. | |

The matter is currently set for sentencing on Tuesday, February 27, 2007, at 10:30 a.m. Because the presentence interview has not been completed, the parties ask that the sentencing be continued to April 24, 2007, at 10:30 a.m. The probation officer does not object to the continuance.

STIPULATED:

   /s/                                        /s/
LAUREL BEELER                 ANTHONY W. GIBBS
Assistant United States Attorney    Attorney for Oleg Gladshteyn

For good cause shown, the sentencing date of February 27, 2007, is vacated, and the Court sets a sentencing date of April 24, 2007, at 10:30 a.m.

IT IS SO ORDERED.

GRANTED

VAUGHN R. WALKER
United States District Judge

STIPULATION AND ORDER (Proposed)
(CR 05 00491 VRW)