UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 05 00491 VRW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER (~~PROPOSED~~) |
| OLEG GLADSHTEYN, | ) | |
| Defendant. | ) | |

Based on defense counsel's unavailability, and with the agreement of the probation officer, the parties ask the Court to (a) vacate the March 20, 2008, hearing date and (b) set a new hearing date for April 3, 2008, at 2 p.m.

DATED: March 18, 2008
/s/ Laurel Beeler
LAUREL BEELER
Assistant United States Attorney

DATED: March 18, 2008

/s/ Anthony Gibbs
ANTHONY GIBBS
Counsel for Oleg Gladshteyn

For good cause shown, the Court vacates the March 20, 2008, hearing date and resets the matter for April 3, 2008, at 2:00 p.m.

IT IS SO ORDERED.

DATED: 3/19/08

_____
VAUGHN R. WALKER
Chief United States District Judge

GRANTED
Judge Vaughn R Walker

STIPULATION AND ORDER (Proposed)
(CR 05 00491 VRW)